RECEIVED
FEB 13 2025
AT 8:30_____
CLERK, U.S. DISTRICT COURT

# Law Office of Joseph J. Balliro, Jr.
## Balliro & Balliro
300 Salem Street
Wilmington, Massachusetts 01887
(617) 823-2576
joeballirojr@gmail.com

February 10, 2025

Clerk - Civil Business
United States District Court
For the District of New Jersey
Trenton Division
Clarkson S. Fisher Bldg. & US Courthouse
402 East State Street
Rm 2020
Trenton, NJ 08608

**RE:** *Notice of Removal from Case No. C-14-24 from the New Jersey Superior Chancery Division - General Equity Part, Ocean County*

Dear Sir/Madam:

Enclosed please find:

1. Notice of Removal with Exhibits.
2. Notice of Pro Se Appearance.
3. Filing fee $405.00.

I am a member of PACER in Massachusetts. I will make contact with your PACER administrator for future filings.

Sincerely yours,

/s *Joseph J. Balliro, Jr.*
Joseph J. Balliro, Jr.

Enclosure
cc: By Electronic Transmission:
    Jared M. Wichnovitz, Esquire
    Thomas DeNoia, Esquire
  By U.S. Mail, Postage Prepaid:
    New Jersey Superior Court
    Chancery Division
    General Equity Part
    Ocean County
  By FedEX overnight

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY - Trenton



RECEIVED

FEB 13 2025

AT 8:30_____ M
CLERK, U.S. DISTRICT COURT - D.J

| | |
|---|---|
| DAVID WHITAKER, <br> Plaintiff, <br><br> - vs. - <br><br> JANE MASON, <br> Defendant/Third Party Plaintiff <br><br> - vs - <br><br> JOSEPH J. BALLIRO, JR. ESQ. <br> Third Party Defendant. | C.A. No.: <br> (Formerly New Jersey Superior <br> Chancery Division - General <br> Equity Part - Ocean County <br> Docket Number: C-14-24) |

**NOTICE OF REMOVAL OF THIRD PARTY COMPLAINT
BY OUT-OF-STATE THIRD PARTY DEFENDANT/ATTORNEY
JOSEPH J. BALLIRO, JR.
(Assented to by Plaintiff David Whitaker)**

Third Party Defendant Joseph J. Balliro, Jr., Esquire hereby removes Case No. C-14-24 from the New Jersey Superior Chancery Division - General Equity Part, Ocean County, to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§1332, 1441, and 1446.

As grounds for removal attorney Balliro states the following:

**I.     Introduction**

1. On or about February 5, 2025, Joseph J. Balliro, Jr., Esquire, an attorney in good standing in the Commonwealth of Massachusetts, among other jurisdictions and nationwide, was served with a third party complaint by defendant Jane Mason and her counsel Thomas DeNoia, Esquire, falsely and maliciously claiming professional malpractice, conspiracy with the Plaintiff David Whitaker, and fraud as general counsel for various companies. (Certificate of Good Standing; Exhibit A)

## II. Support Under Jurisdiction Under 28 U.S.C. §1332(A)

### a. Diversity

2. Third Party Defendant Joseph J. Balliro, Jr., resides in and has one office in Wilmington, Massachusetts. (See attached Exhibit B)

3. Plaintiff David Whitaker resides in the state of Georgia.

4. Defendant Jane Mason resides and works in the state of New Jersey.

5. Attorney DeNoia works in, is licensed in, resides, and practices law in the state of New Jersey.

### b. Joinder

6. The Plaintiff David Whitaker joins and assents to this transfer.

### c. Amount in Controversy

7. Defendant Jane Mason has claimed financial deprivation of 8 million dollars.

8. Defendant Jane Mason has purposely and intentionally failed to authorize the payment of legal fees to Joseph J. Balliro, Jr. totaling One Hundred and Forty-Five Thousand Five Hundred ($145,500.00) dollars despite attorney Balliro's efforts to compromise the debt.

9. Third Party Defendant Joseph J. Balliro, Jr., has been harmed by the failure of Jane Mason to authorize payment of his fees and by the *defamation* associated with her and her counsel's unfounded and malicious claims far in excess of the threshold for jurisdiction in this Court.

## III. Procedural Requirements For Removal

10. No Court documents have been served by or on the third party defendant Joseph J. Balliro, Jr., Esquire (other than the third party complicit).

2

11. Pursuant to 28 U.S.C. §§ 1446(a), and LR 81.1, true and correct copies of the process, pleadings, orders and documents on file in the State Court Action will be filed within 28 days of the filing of this Notice of Removal.

12. Removal is timely in accordance with 28 U.S.C. §§ 1446(b).

13. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the District of New Jersey is the federal judicial district embracing New Jersey Superior Chancery Division - General Equity Part, Ocean County, where the State Court Action was originally filed.

## Conclusion

By this Notice of Removal, third-party defendant Joseph J. Balliro, Jr, Esquire does not waive any objections he may have as to service, jurisdiction or venue, or any other defenses or objections he may have to this action. Third-party defendant Joseph J. Balliro, Jr, Esquire intends no admissions of fact, law, or liability by this Notice and expressly reserves all defenses, motions or pleas, and counterclaims.

Respectfully Submitted,
Third Party Defendant
Joseph J. Balliro, Jr.
Pro Se,

*/s Joseph J. Balliro, Jr.*
Joseph J. Balliro, Jr., Esquire
Balliro & Balliro
Law Offices of Joseph J. Balliro, Jr.
300 Salem Street
Wilmington, Massachusetts 01887
BBO# 550194
(617) 823-2576
joeballirojr@gmail.com

Date: February 8, 2025

# Exhibit A



**MAURA S. DOYLE**
CLERK

# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

October 18, 2024

Attorney Joseph James Balliro, Jr.
Joseph Balliro
300 Salem Street
Wilmington, MA 01887
joeballirojr@gmail.com

**IN RE:   CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Joseph James Balliro, Jr.**. The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ **jr**
Clearance: 10/18/2024 10.17.2024
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 21, 1987**, said Court being the highest Court of Record in said Commonwealth:

## Joseph James Balliro, Jr.

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this << **eighteenth** day of **October** in the year of our Lord **two thousand and twenty-four.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

# Exhibit B

# Massachusetts Board of Bar Overseers
## Of the Supreme Judicial Court

Admittance Date: 12/21/1987

Expiration: 09/01/2025

BBO #: 550194

Joseph James Balliro Jr
Law Offices of Joseph J. Balliro, Jr.
300 Salem Street
Wilmington, Massachusetts 01887

Signature: _____

Certificate valid for 45 days after expiration date.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY - Trenton

| | |
|---|---|
| DAVID WHITAKER,<br>  Plaintiff,<br><br>- vs. -<br><br>JANE MASON,<br>  Defendant/Third Party Plaintiff<br><br>- vs -<br><br>JOSEPH J. BALLIRO, JR. ESQ.<br>  Third Party Defendant. | C.A. No.:<br>(Formerly New Jersey Superior<br>Chancery Division - General<br>Equity Part - Ocean County<br>Docket Number: C-14-24) |

## NOTICE OF PRO SE APPEARANCE

  Joseph J. Balliro, Jr. hereby gives notice of his appearance pro se in the above captioned matter.

                   Respectfully Submitted,
                   Third Party Defendant
                   Joseph J. Balliro, Jr.
                   Pro Se,

                   */s Joseph J. Balliro, Jr.*
                   Joseph J. Balliro, Jr., Esquire
                   Balliro & Balliro
                   Law Offices of Joseph J. Balliro, Jr.
                   300 Salem Street
                   Wilmington, Massachusetts 01887
                   BBO# 550194
                   (617) 823-2576
                   joeballirojr@gmail.com

Date: February 8, 2025

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

RECEIVED FEB 13 2025 AT 8:30 M CLERK

## I. (a) PLAINTIFFS
David Whitaker

### DEFENDANTS
Jane Mason

**(b)** County of Residence of First Listed Plaintiff: State of Georgia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Ocean
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jared M. Winchnovitz, 50 Harrisn St., Ste 206, Hoboken, NJ 07030
(732) 765-2157

Attorneys *(If Known)*
Thomas DeNoia, 501 Main St., Toms River, NJ 08753, (732) 341-1030

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | | 480 Consumer Credit (15 USC 1681 or 1692) |
| [X] 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 790 Other Labor Litigation | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | 791 Employee Retirement Income Security Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C s. 1332; 1441; 1446

Brief description of cause: 3rd Party Complaint for Malpractice, Fraud, Conspiracy

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 8 Million

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: ___
DOCKET NUMBER: ___

DATE: 02/08/2025

SIGNATURE OF ATTORNEY OF RECORD
3rd Party defendant acting pro se /s Joseph J. Balliro, Jr., Esquire, Mass BBO#550194

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___