**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Maxwell L. Billek, Esq.
Melissa C. Terranova, Esq.
7 Giralda Farms
Madison, New Jersey 07940
Tel: (973) 624-0800
Fax: (973) 624-0808
E: Maxwell.Billek@wilsonelser.com
E: Melissa.Terranova@wilsonelser.com
Our File No.: 26316.00014
*Attorneys for Counterclaim Defendant, Thomas DeNoia, Esq.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - TRENTION**

| | |
|---|---|
| DAVID WHITAKER,<br><br>   Plaintiff,<br><br>vs.<br><br>JANE MASON,<br><br>   Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>JOSEPH J. BALLIRO, JR., ESQ.,<br><br>   Third-Party Defendant,<br><br>vs.<br><br>JANE MASON and THOMAS DENOIA, ESQ.,<br><br>   Counterclaim Defendants. | Civil Action No. 3:25-cv-01232-RK-JBD<br><br>**ORDER FOR DISMISSAL**<br>**WITH PREJDUICE** |

  **THIS MATTER** having been opened to the Court upon the application of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys for Counterclaim Defendant, Thomas DeNoia, Esq., and the Court having considered the submissions and noting that Third-Party Defendant Joseph J. Balliro failed to file an Amended Counterclaim within the thirty (30) days permitted by the Court's July 17, 2025 Order (ECF No. 32), and for good cause shown:

**IT IS** on this __20th__ day of __August__, 2025;

**ORDERED,** that Third-Party Defendant Balliro's Counterclaims for legal malpractice, defamation, civil conspiracy, and abuse of process are hereby dismissed with prejudice; and it is further

**ORDERED,** that a copy of the within Order shall be served upon all counsel of record via ECF/Pacer.

                                                     _____
                                                     **ROBERT KIRSCH**
                                                     **UNITED STATES DISTRICT JUDGE**